Laurel **BREUNER,** Petitioner

v.

Steven **BREUNER,** Respondent

No. 64 WAL 2017

Supreme Court of Pennsylvania.

July 18, 2017

## ORDER

PER CURIAM

**AND NOW,** this 18th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Andrew C. MENICHINO, Petitioner**

No. 80 WAL 2017

Supreme Court of Pennsylvania.

July 18, 2017

## ORDER

PER CURIAM

**AND NOW,** this 18th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**